**00–2157.   State v. Wozniak.**
Franklin App. No. 00AP–349. On review of order certifying a conflict. The court determines that a conflict exists on the following issue:
  "Does R.C. 2950.09(B)(2) unconstitutionally violate the doctrine of the separation of powers when it

prescribes particular factors which a trial judge must consider in determining whether a person is a sexual predator?"

Douglas, J., dissents.

Cause consolidated with 00–2014, *State v. Wozniak*, Franklin App. No. 00AP–349, and cause held for the decision in 00–1555, *State v. Thompson*, Montgomery App. No. 17984; briefing schedule stayed.